UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| BOOMERANG TUBE, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Court No. 14-00196 |
| UNITED STATES, | | |
| Defendant. | | |
| UNITED STATE STEEL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Court No. 14-00201 |
| UNITED STATES, | | |
| Defendant. | | |

ORDER

Upon consideration of defendant's partial consent motion to consolidate, and all other pertinent papers, it is hereby

ORDERED, that the motion is granted; and it is further

ORDERED, that *United States Steel Corporation v. United States*, No. 14-00201, is consolidated into lead case *Boomerang Tube v. United States*, Consol. No. 14-00196.

Dated: _____        _____
    New York, NY                                                        JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| BOOMERANG TUBE, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Court No. 14-00196 |
| UNITED STATES, | | |
| Defendant. | | |
| UNITED STATE STEEL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Court No. 14-00201 |
| UNITED STATES, | | |
| Defendant. | | |

DEFENDANT'S PARTIAL CONSENT MOTION TO CONSOLIDATE

Pursuant to Rule 42(a) of the Rules of this Court, defendant, the United States, respectfully requests that the Court consolidate *United States Steel Corporation v. United States*, No. 14-00201 into lead case *Boomerang Tube v. United States*, Consol. No. 14-00196. Counsel for plaintiffs have consented to this motion. Counsel for defendant intervenors Jubail Energy Services Company and Duferco SA stated that they take no position on the motion.

Rule 42(a) provides: "If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." USCIT R. 42(a). These cases involve common questions of law and fact because they involve the same final results issued by the United States Department of Commerce, *Certain Oil Country Tubular Goods from Saudi Arabia*, 79 Fed. Reg.

41,986 (Dep't Commerce July 18,2014) (final determ.), as amended in *Certain Oil Country Tubular Goods from Saudi Arabia*, 79 Fed. Reg. 49,051 (Dep't of Commerce Aug. 19, 2014) (amended final determ.), the same or similar claim, and the same administrative record. Consolidation will conserve the resources of the Court and the parties and will promote the efficient resolution of these cases.  Consolidation also will avoid piecemeal litigation and the possibility of multiple judgments arising from the same agency decision – an inefficient and disfavored result that could produce inconsistent decisions in this Court and at the United States Court of Appeals for the Federal Circuit.  *See, e.g.*, *Boston Edison Co. v. United States,* 299 Fed. App'x 956, 958 (Fed. Cir. 2008) (unpublished op.) (citing *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 8-10 (1980)); *Asociacion Colombiana de Exportadores de Flores v. United States*, 13 C.I.T. 486, 487 (1989); *Timken Co. v. Regan*, 5 C.I.T. 4, 8 (1983) (citing "the risk of piecemeal litigation and multiple appeals").  Finally, no party will be prejudiced by consolidation of these cases.

## CONCLUSION

For these reasons, we respectfully request that the Court grant our consent motion to consolidate *United States Steel Corporation v. United States*, No. 14-00201 into lead case *Boomerang Tube v. United States*, Consol. No. 14-00196.

                                                Respectfully submitted,

                                                JOYCE R. BRANDA
                                                Acting Assistant Attorney General

                                                /s Jeanne E. Davidson
                                                JEANNE E. DAVIDSON
                                                Director

- 3 -

|  |  |
|---|---|
| Of Counsel: | /s L. Misha Preheim<br>L. MISHA PREHEIM<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division |
| SHANA A. HOFSTETTER<br>Attorney<br>Office of the Chief Counsel<br>    for Trade Enforcement and Compliance<br>United States Department of Commerce | Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-3087 |
| September 19, 2014 | Attorneys for Defendant |