UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BOOMERANG TUBE, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES,  )<br>  )<br>Defendant.  )<br>  ) | Court No. 14-00196 |
| UNITED STATE STEEL CORPORATION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES,  )<br>  )<br>Defendant.  )<br>  ) | Court No. 14-00201 |

## ORDER

Upon consideration of defendant's partial consent motion to consolidate, and all other pertinent papers, it is hereby

ORDERED, that the motion is granted; and it is further

ORDERED, that *United States Steel Corporation v. United States*, No. 14-00201, is consolidated into lead case *Boomerang Tube v. United States*, Consol. No. 14-00196.

Dated: Oct. 28, 2014
New York, NY



/s/    Timothy C. Stanceu
         Chief Judge